UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIBYS MERCEDES,<br><br>                              Plaintiff,<br><br>                -against-<br><br>CITY OF NEW YORK; BOUROUGH OF THE BRONX; NYPD OFFICER JULIO ARIAS; NYPD SGT. OMAR PERES; CARMEN TORRES; PATRICK CURRAN; FERDINAND RIVERA; JUSTIN DELMONICO; BRENDAN GALLAGER; JANE AND JOHN DOES, INCLUSIVE, ALL IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, ALL UNKNOWN ENTITIES, JOINTLY AND SEVERALLY,<br><br>                              Defendants. | 18-CV-4523 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

By order dated July 18, 2018, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 26, 2018
            New York, New York

                                                                                 _____
                                                                                 COLLEEN McMAHON
                                                                                 Chief United States District Judge